**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   October 6, 2011
Court Reporter:       Paul Zuckerman
Probation Officer:    Justine Kozak

Criminal Action No. 10-cr-00440-MSK

*Parties*:                                                *Counsel*:

UNITED STATES OF AMERICA,                  David Conner

       Plaintiff,

v.

DEONE MILTON,                                     Jonathan Willett

       Defendant.

---

**SENTENCING MINUTES**
---

**3:17 p.m.      Court in session**.

Defendant present on bond.

**Change of Plea Hearing on March 10, 2011.  Defendant pled guilty to Count 1 of the Indictment.**

**ORDER:**      Motion to Strike **(Doc. #201)** is **GRANTED**.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #145).**  Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #195).**  Argument.

Allocution. - Statements made by: The Government, the defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #145)** is **GRANTED.**

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #195)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 days of the designation.

**ORDER:** Bond will be discharged at the time defendant reports to the facility designated by the Bureau of Prisons.

**4:22 p.m.** **Court in recess.**

Total Time: 1 hour 5 minutes.
Hearing concluded.